FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 13 2003
DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| ACCO BRANDS, INC. | § | |
| Vs. | § | CIVIL ACTION NO. 2:02CV113 |
| AMERICAN POWER CONVERSION CORP. | § | |

### VERDICT FORM

**QUESTION NO. 1:**

Has the plaintiff proven by a preponderance of the evidence that the Quick Mount Key Cable Lock, and the Quick Mount Mega Key Cable Lock, infringe any of the claims of the '088 patent?

Answer "Yes" or "No" for each claim listed below.

**'088 Patent**

Claim 1    Answer:    *yes*

Claim 2    Answer:    *yes*

Claim 3    Answer:    *yes*



1

**QUESTION NO. 2:**

Has the plaintiff proved by a preponderance of the evidence that the Quick Mount Combination Cable Lock and the Quick Mount Mega Combination Lock infringe any of the claims of the '088 patent?

Answer "Yes" or "No" for each claim listed below.

**'088 Patent**

Claim 1    Answer:    yes

Claim 2    Answer:    yes

Claim 3    Answer:    yes

**Question No. 3:**

Has the plaintiff proven, by a preponderance of the evidence, that the defendants induce or contribute to the infringement of claims 1, 2 or 5 of the '557 patent?

Answer "Yes" or "No."

**'557 Patent**

Claim 1     Answer:     _yes_

Claim 2     Answer:     _yes_

Claim 5     Answer:     _yes_

If you have answered "Yes" to any part of Question Nos. 1, 2 or 3, then answer Question Nos. 4 and 5. Otherwise do not answer Question Nos. 4 and 5. The jury foreperson should sign and date the verdict form and return it to the Security Officer.

**QUESTION NO. 4:**

Has the plaintiff proven that by clear and convincing evidence that any defendants' infringement, if any, of the claims of the patents in suit was willful?

Answer "Yes" or "No" for each defendant listed below.

As to defendant American Power Conversion Corp:

Answer: _yes_

As to defendant Kryptonite:

Answer: _yes_

**QUESTION NO. 5:**

What sum of money, if any, if paid now in cash, would fairly and adequately compensate the plaintiff for infringement, if any, that you have found in answer to Question No. 1, Question No. 2, and Question No. 3?

Answer in dollars and cents as to each defendant.

As to defendant American Power Conversion Corporation:

Answer: $280,007.50

As to defendant Kryptonite:

Answer: $852,176.03

SIGNED this 13 day of November, 2003.

_____
JURY FOREPERSON